**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 30, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00264-CV

## IN RE ALFREDO MARTINEZ, RUSSELL FRITSCH, HERBERT GRIFFIN, ROBERT ISAAC GARCIA, JUSTIN WELLS, MATTHEW WHITE, MICHAEL MIRE, MICHAEL E. ZAPATA, DORCAS MICHELLE BENTLEY, DONNA MICHELLE MCLEOD, RICHARD MANN, RODNEY C. WEST, AND RUY LOZANO, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-42885**

## MEMORANDUM OPINION

On Thursday, April 11, 2024, relators Alfredo Martinez, Russell Fritsch, Herbert Griffin, Robert Isaac Garcia, Justin Wells, Matthew White, Michael Mire, Michael E. Zapata, Dorcas Michelle Bentley, Donna Michelle Mcleod, Richard

Mann, Rodney C. West, and Ruy Lozano filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Lauren Reeder, presiding judge of the 234th District Court of Harris County, to vacate her April 4, 2024 order of severance.

Relators have not established that they are entitled to mandamus relief. "[T]he res judicata effects of an action cannot preclude litigation of claims that a trial court explicitly separates or severs from that action." *Sealy Emergency Room, L.L.C. v. Free Standing Emergency Room Managers of Am., L.L.C.*, 685 S.W.3d 816, 823 (Tex. 2024). Thus, res judicata does not bar relators from pursuing their severed claims, and relators have an adequate remedy on appeal. We deny relators' petition for a writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.